# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARON HOSANG, | |
| Plaintiff, | Case No. 2:19-cv-21740-BRM-JAD |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | **ORDER** |
| Defendant. | |

**THIS MATTER** having been opened to the Court on the Report and Recommendation of the Honorable Joseph A. Dickson, U.S.M.J., dated December 15, 2020 (ECF No. 19); the parties having been given the opportunity to respond or object to Judge Dickson's Report and Recommendation within fourteen days of the Report, pursuant to Local Civil Rule 72.1(c)(2); the parties having not responded or objected to the Report and Recommendation as of that date; the Court having reviewed the Report and Recommendation; and it appearing the Court should adopt the Report and Recommendation without modification; and for good cause appearing,

**IT IS** on this 29th day of January 2021,

**ORDERED** that the Report and Recommendation (ECF No. 19) is hereby **ADOPTED** in its entirety and entered; and it is further

**ORDERED** that Defendant's Motion to Compel Arbitration (ECF No. 10) is **DENIED** without prejudice pending limited discovery as set forth in the Report and Recommendation.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE